M. KRAUS & BROS., INC., Respondent, *v.* WILLIAM BERGMAN, as President of Manhattan Window Cleaners Union, an Unincorporated Association, et al., Appellants.

Submitted May 31, 1955; decided June 9, 1955.

*Morris Bauman* for motion.

*Frederic S. Berman* opposed.

Motion denied.